## (March 29, 1976)

■ VICTOR Co., Respondent, v JAM K. CORP., Defendant, and SEYMOUR LEIBLER, Appellant.—Order and judgment, Supreme Court, New York County, entered on August 15 and August 20, 1975, respectively, unanimously affirmed for the reasons stated in the decision of Frank, J. at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Lane, JJ.

■ In the Matter of MAE ZETTERBERG, as Administratrix D B N of the Estate of ANNA ZETTERBERG, Deceased, Appellant. WALTER NELSON et al., as Executors of VERA NELSON, Deceased, et al., Respondents.—Decree, Surrogate's Court, New York County, entered on April 11, 1975, unanimously affirmed for the reasons stated in the opinion of Di Falco, S. Respondent Estate of Vera Nelson shall recover of appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.

■ ANNA MIANO, Appellant, v JESSE SIMONS et al., Respondents.—Judgment, Supreme Court, New York County, entered on or about September 9, 1975, unanimously affirmed on opinion of Markowitz, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.

■ TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, et al., Respondents.—Judgment, Supreme Court, New York County, entered on December 30, 1975, unanimously affirmed for the reasons stated at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Murphy, Birns and Silverman, JJ.

■ ANTHONY MIRABELLA, as Assignee of Franco Gronda and Societe Fiduciaire Romande Ofor, S. A., Appellant, v BANCO INDUSTRIAL DE LA REPUBLICA ARGENTINA, Respondent.—Order, Supreme Court, New York County, entered on September 26, 1975, unanimously affirmed on the opinion of Saypol, J., at Trial Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Murphy and Birns, JJ.; Silverman, J., concurs in the result only.

■ CITY OF NEW YORK, Respondent, v PUBLIC FUEL SERVICE, INC., Appellant.—Order and judgment (one paper), Supreme Court, New York County, entered on October 14, 1975, unanimously affirmed on opinion of Markowitz, J., at Special Term, and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Murphy, Birns and Silverman, JJ.